UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER BUCKHANAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No.  1:24-cv-00811 GSA (PC)<br><br>ORDER DIRECTING REASSIGNMENT OF MATTER TO DIFFERENT MAGISTRATE JUDGE |

　　　Plaintiff, a federal inmate proceeding pro se, has filed this action seeking relief under 28 U.S.C. § 1346 (Federal Tort Claim Act) and 42 U.S.C. § 1983 (civil rights).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　At the time this case was opened, it was inadvertently assigned to United States Magistrate Judge Gary S. Austin.  Currently, he does not handle this type of case.  Therefore, the Clerk of Court will be directed to randomly reassign this matter to a different magistrate judge.

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly reassign this matter to a different magistrate judge.

IT IS SO ORDERED.

　　　Dated:　**August 2, 2024**　　　　　　　**/s/ Gary S. Austin**

1

UNITED STATES MAGISTRATE JUDGE