UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER BUCKHANAN,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>   Defendants. | No.  1:24-cv-00811-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE PRISONER COMPLAINT WITHOUT COURT SUPPLIED FORM AS MOOT<br><br>(ECF No. 3) |

  Plaintiff is proceeding pro se in this action filed pursuant to <u>Bivens v. Six Unknown Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) and the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1267.

  Plaintiff filed the instant action on May 30, 2024, in the United States District Court for the Eastern District of California, Sacramento Division.  On this same date, Plaintiff filed a motion requesting leave to file the prisoner complaint without the form supplied by the Court.  (ECF No. 3.)  On July 12, 2024, the action was transferred to this Court.  (ECF No. 6.)

  Inasmuch as Plaintiff's complaint has been filed by the Court, Plaintiff's motion has been rendered moot and is denied.

IT IS SO ORDERED.

Dated: **October 1, 2024**        _____
                   UNITED STATES MAGISTRATE JUDGE