UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER BUCKHANAN,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. 1:24-cv-0811 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 20) |

Xavier Buckhanan is proceeding *pro se* in this action, filed pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) and the Federal Tort Claims Act, 28 U.S.C. § 1267.  The magistrate judge found Plaintiff failed to prosecute the action and failed to comply with the Court's order.  (Doc. 20 at 1-2.)  The magistrate judge found dismissal of this action without prejudice was appropriate, after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986).  (*Id.* at 2-3.)

The Court served these Findings and Recommendations Plaintiff and notified him that any objections were due within 30 days.  (Doc. 20 at 2-3.)  The Court advised Plaintiff that the "[f]ailure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.

1

Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on November 18, 2024 (Doc. 20) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to obey the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 22, 2024**

UNITED STATES DISTRICT JUDGE